UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MARK NUNEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>RICK HILL,<br><br>        Defendant. | Case No. 22-cv-04881-JSW<br><br>**JUDGMENT** |

A judgment of dismissal is entered.

**IT IS SO ORDERED.**

Dated: September 23, 2022

_____
JEFFREY S. WHITE
United States District Judge