United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MARK NUNEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>RICK HILL,<br><br>            Defendant. | Case No. 22-cv-04881-JSW<br><br>**ORDER DENYING MOTIONS FOR RECONSIDERATION**<br><br>Re: Dkt. Nos. 9, 10, 11, 14 |

Petitioner filed a petition for a writ of habeas corpus challenging a state court judgment that he had challenged in a prior federal habeas petition. The petition was dismissed because certain claims were not cognizable, and as to the potentially cognizable claim, Petitioner had not obtained authorization from the United States Court of Appeals to file a second or successive petition. Petitioner has filed four motions in which he seeks to have the Court reconsider its ruling. Petitioner has not, however, obtained authorization from the Court of Appeals to file a successive habeas petition. Accordingly, the motions seeking reconsideration by the Court of the denial of Petitioner's challenges to the judgment in this case are DENIED.

**IT IS SO ORDERED.**

Dated: October 31, 2022

_____
JEFFREY S. WHITE
United States District Judge